UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL-JOHN MAIER,

                Plaintiff,

   v.

SNOHOMISH COUNTY JAIL,

                Defendants.

Case No. 2:23-cv-00526-JNW-TLF

ORDER TO SHOW CAUSE

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge Theresa L. Fricke. On April 12, 2023, the Clerk of Court mailed a plaintiff a notice of filing deficiency relating to plaintiff's proposed complaint. Dkt. 2. The mailing was returned as undeliverable on April 20, 2023. Dkt. 4.

A party proceeding *pro se* shall keep the Court and opposing parties advised as to their current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if the plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

ORDER TO SHOW CAUSE - 1

If Plaintiff fails to notify the Court of his current mailing address by June 20, 2023 the undersigned will recommend dismissal of this action without prejudice. The Clerk is directed to mail Plaintiff a copy of this order to his last known address.

Dated this 5th day of June, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge