UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL-JOHN FREDERICK MAIER,<br><br>Plaintiff,<br>v.<br><br>MOODY,<br><br>Defendants. | Case No. 2:23-cv-00526-JNW-TLF<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR SEPTEMBER 1, 2023 |

On April 5, 2023, plaintiff filed a proposed civil rights complaint under 42 U.S.C. 1983. Dkt. 1. On April 12, 2023, the Court informed plaintiff that his complaint is deficient because he did not pay the required filing fee or apply to proceed *in forma pauperis*. Dkt. 2. This notice was mailed back to the Court as undeliverable. Dkt. 4. On June 5, 2023, the Court ordered plaintiff to notify the Court of his current mailing address no later than June 20, 2023. Dkt. 5. This order was also returned to the Court as undeliverable. Dkt. 6.

Plaintiff has not responded to the Court's order to show cause or corrected the deficiency with his proposed complaint. Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also*

REPORT AND RECOMMENDATION - 1

Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on September 1, 2023, as noted in the caption.

Dated this 16th day of August, 2023.

*[signature]*

Theresa L. Fricke
United States Magistrate Judge