1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHAEL-JOHN FREDERICK MAIER, Plaintiff, v. SNOHOMISH COUNTY JAIL ET AL., Defendants. | CASE NO. 2:23-cv-526 ORDER ADOPTING REPORT AND RECOMMENDATION |
|---|---|

On August 16, 2023, the Honorable Theresa L. Fricke, U.S. Magistrate Judge for the Western District of Washington, issued a Report and Recommendation ("R&R"), recommending that the Court dismiss Plaintiff's case without prejudice. Dkt. No. 7. No one has objected to the R&R and the time for objecting has passed. *See generally*, Dkt.

Based on its review of the R&R and the remaining record, the Court finds and ORDERS as follows:

1. The Court adopts the R&R and enters the Proposed Judgement (Dkt. No. 7-2).

2. This case is dismissed without prejudice for Plaintiff's failure to prosecute.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Theresa L. Fricke.

Dated this 6th day of November, 2023.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2